BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH CROFT** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | Case No.  CIV 09-1656 KJM <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 4, 2010, to March 2, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: January 4, 2010        */s/Bess M. Brewer*
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


Dated: January 4, 2010        Benjamin G. Wagner

                              United States Attorney

                              */s/ Jacob Mikow*
                              JAC0B MIKOW
                              Special Assistant U.S. Attorney
                              Social Security Administration

                              Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 5, 2010.

_____
U.S. MAGISTRATE JUDGE