```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    MICHAEL A. CABOTAJE
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone:  (415) 977-8957
         Facsimile:  (415) 744-0134
 7
    Attorneys for Defendant
 8  Commissioner of Social Security
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH CROFT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:09-CV-01656-KJN <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel. The current due date is April 5, 2010. The new due date will be May 5, 2010.

////

1       The parties further stipulate that the Court's
2 Scheduling Order shall be modified accordingly.

DATE: April 2, 2010                    Bess M. Brewer and Associates

                              By: */s/ Bess M. Brewer*\*  
                                  (\* As authorized via email on April 1, 2010 and April 2, 2010)  
                                  BESS M. BREWER

                                  Attorneys for Plaintiff

DATE: April 2, 2010                      BENJAMIN B. WAGNER  
                                  United States Attorney  
                                  LUCILLE GONZALES MEIS  
                                  Regional Chief Counsel, Region IX  
                                  Social Security Administration

                              By   */s/ Michael A. Cabotaje*  
                                  MICHAEL A. CABOTAJE  
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

OF COUNSEL FOR DEFENDANT:

JACOB M. MIKOW  
Assistant Regional Counsel  
U.S. Social Security Administration

                                     ORDER

    APPROVED AND SO ORDERED.

DATED:  April 2, 2010


                                  _____  
                                  KENDALL J. NEWMAN  
                                  UNITED STATES MAGISTRATE JUDGE