BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8976
    Facsimile:  (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| DEBORAH CROFT, | ) | Case No. 2:09-CV-01656-KJN |
| | ) | |
| | ) | **STIPULATION TO VOLUNTARY** |
| Plaintiff, | ) | **REMAND PURSUANT TO SENTENCE** |
| | ) | **FOUR OF 42 U.S.C. § 405(g)** |
| vs. | ) | **AND ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| | ) | |
| Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    **IT IS STIPULATED** by and between Deborah Croft ("Plaintiff")

and defendant Michael J. Astrue, Commissioner of Social Security

("Defendant"), through their undersigned counsel of record, that

the above-entitled action shall be remanded to the Commissioner

of Social Security for further administrative proceedings.

1

1     The parties have agreed to voluntary remand of this case

2   pursuant to sentence four of 42 U.S.C. § 405(g) for further

3   administrative proceedings.  Upon remand, the Administrative Law

4   Judge ("ALJ") will (1) obtain medical records from John Verzosa,

5   M.D., that are applicable to the period at issue, including the

6   May 28, 2008, opinion by Dr.Verzosa; (2) evaluate these records

7   and opinions in these records from Dr. Verzosa, specifically

8   discussing this evidence and stating the weight given to it; and

9   (3) further evaluate Plaintiff's residual functional capacity in

10  light of the evidence from Dr. Verzosa.  Also, the ALJ will

11  consider, to the extent permitted under regulation, the request

12  by Plaintiff to re-open her 2004 application for benefits.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1       This stipulation constitutes a remand under the fourth

2   sentence of Section 205(g) of the Social Security Act, 42 U.S.C.

3   § 405(g).

4                                   Respectfully submitted,

5
    Dated: April 26, 2010           BESS M. BREWER
6                                   Bess M. Brewer and Associates

7                                   */s/ Bess M. Brewer*
                                    BESS M. BREWER
8                                   (*As authorized via email dated
                                    April 26, 2010)
9                                   Attorney for Plaintiff

10

11  Dated: April 26, 2010           BENJAMIN B. WAGNER
                                    United States Attorney
12                                  LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
13                                  Social Security Administration

14
                                By: */s/ Jacob M. Mikow*
15                                  JACOB M. MIKOW
                                    Special Assistant U.S. Attorney
16                                  Attorneys for Defendant

17

18                                  **ORDER**

19       **APPROVED AND SO ORDERED.**

20

21  DATED:  May 3, 2010

22

23                                  _Kendall J. Newman_____

24                                  KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                    3