BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    E-Mail: jacob.mikow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH CROFT ) | Case No. 2:09-CV-01656-KJN |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR |
| MICHAEL J. ASTRUE, ) | THE AWARD OF ATTORNEY'S FEES |
| Commissioner of Social Security, ) | PURSUANT TO THE EQUAL ACCESS TO |
|    Defendant. ) | JUSTICE ACT, 28 U.S.C. § 2412(d) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS AND 00 CENTS ($5,300.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider

Stip. & ~~Prop.~~ Order for Attorney's Fees    1

the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

    Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

///

///

///

///

///

///

///

Stip. & ~~Prop.~~ Order for Attorney's Fees    2

Respectfully submitted,

Dated: August 5, 2010         BESS M. BREWER
                              Bess M. Brewer and Associates

                              *Bess M. Brewer*\*
                              BESS M. BREWER
                              (*As authorized via email dated August 5, 2010)

                              Attorney for Plaintiff

Dated: August 5, 2010         BENJAMIN B. WAGNER
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                    By:       *Jacob M. Mikow*
                              JACOB M. MIKOW
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS ($5,300), subject to the terms of the stipulation.

DATED:  August 5, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & ~~Prop.~~ Order for Attorney's Fees          3